

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00083-CR

Domingo **CAMACHO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR10242
Honorable Kristina Escalona, Judge Presiding

BEFORE JUSTICE SPEARS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED. *See* TEX. R. APP. P. 25.2(d).

SIGNED March 26, 2025.

_____
Adrian A. Spears II, Justice